IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROLAND H. WHEELER, )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>RALPH TOWNSEND, et al., )<br>)<br>       Defendants. )<br>_____) | Case No. CV01-274-S-MHW<br><br>**ORDER** |

    Pending before the Court are the following motions: (1) Plaintiff's Motion for Recusal (Docket No. 74); (2) Plaintiff's Motions to Stay (Docket No. 75, 82); (3) Defendants' Motion to Dismiss (Docket No. 80); and (4) Plaintiff's Motion for Voluntary Dismissal (Docket No. 87). The parties consented to the jurisdiction of a Magistrate Judge to determine this matter, in accordance with 28 U.S.C. § 636 (c) and Fed. R. Civ. Proc. 73.

    Plaintiff's most recent filing in this case is a Motion requesting voluntary dismissal. Defendants have filed notices of non-opposition to the Motion. Therefore, it appears that good exists to enter the voluntary dismissal of this action.

**ORDER  1**

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal (Docket No. 87) is GRANTED. This action is dismissed without prejudice.

IT IS FURTHER HEREBY ORDERED that the additional pending motions (Docket Nos. 74, 75, 80, and 82) are MOOT.

DATED: October 25, 2006

Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER**  2